# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
12/21/20 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: GAIL Y. FORD
- Case Number: 20-21863-GLT     Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#6 - Final Confirmation of Plan Dated 6/17/1010 (NFC)
R / M #: 6 / 0

**Appearances:**

- Debtor: Spyra
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Jeff Hunt for Kennedy Twnship

Con't for plan review

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 2/25/21 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/8/2020  11:14:39AM