IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21863 GLT |
| | : | |
| Gail Y. Ford, | : | Chapter 13 |
| | : | |
| Debtor | : | Doc # |
| | : | |
| Gail Y. Ford, | : | Related to Doc # 35 |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| UPMC Community Provider Services & | : | |
| Ronda J. Winnecour, Trustee | : | |

## **CERTIFICATE OF SERVICE**

    I, Melanie E. Rozgonyi, Legal Assistant to Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the ***Order to Pay Trustee*** upon the following individuals this 29th day of December, 2020 via US Mail, postage prepaid.

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

UPMC Community Provider Services
Attn: Payroll Department
600 Grant Street, Floor 56
Pittsburgh, PA 15219

Dated: <u>December 29, 2020</u>　　　　　　　　　By:/s/Melanie Rozgonyi
　　　　　　　　　　　　　　　　　　　　　　　Melanie Rozgonyi, Legal Assistant to
　　　　　　　　　　　　　　　　　　　　　　　Dennis J. Spyra, Esquire
　　　　　　　　　　　　　　　　　　　　　　　PA ID # 46188
　　　　　　　　　　　　　　　　　　　　　　　1711 Lincoln Way
　　　　　　　　　　　　　　　　　　　　　　　White Oak, PA 15131
　　　　　　　　　　　　　　　　　　　　　　　412-673-5228