THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Gail Y. Ford,                :         Bankruptcy No. 20-21863 GLT
                                     :
        Debtor,                      :         Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND INCLUSION ON THE NOTICE LIST

To the Clerk of the Bankruptcy Court:

      Kindly enter the appearance of Denise R. Turner, Esquire, of Turner Law Office in the above captioned Chapter 13 case on behalf of the following creditor:

Greater Pittsburgh Federal Credit Union

Webster Hall, 4415 Fifth Avenue

Pittsburgh, PA 15213

The undersigned counsel requests that any and all notices, and any and all pleadings including but not limited to complaints, responsive pleadings, motions, petitions, orders of court or all other papers that are given or that are required to be given and all papers served or required to be served in this case whether electronically or otherwise be served upon her at the address listed below.

Denise R, Turner, Esquire

Turner Law Office

P.O. Box 14

Bethel Park, PA 15102

(443) 518-6493

DRTESQ913@GMAIL.COM

Dated: July 23, 2021                    /s/Denise R. Turner, Esquire

Denise R, Turner, Esquire

Turner Law Office

P.O. Box 14

Bethel Park, PA 15102

(443) 518-6493

PA. ID#59963

THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Gail Y. Ford,  :  Bankruptcy No. 20-21863 GLT
:
Debtor,  :  Chapter 13

**DECLARATION IN LIEU OF AFFIDAVIT**

I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

Dated:  July 23, 2021            /s/Denise R. Turner, Esquire

Denise R, Turner, Esquire

Turner Law Office

P.O.  Box 14

Bethel Park, PA 15102

(443) 518-6493

PA. ID#59963

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2021 via CM/ECF and/or first class mail postage prepaid the attached Entry of Appearance and Request for Notices and Inclusion on the Notice List upon the following:

Dennis Spyra, Esquire

119 First Avenue

Pittsburgh, PA 15222

Office of the United States Trustee

Liberty Center

1001 Liberty Avenue

Suite 970

Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee

Suite 3250, USX Tower

600 Grant Street

Pittsburgh, PA 15219

| | |
|---|---|
| Date:  July 23, 2021 | /s/Denise R. Turner, Esquire |
| | Denise R, Turner, Esquire |
| | Turner Law Office |
| | P.O.  Box 14 |
| | Bethel Park, PA 15102 |
| | (443) 518-6493 |
| | PA. ID#59963 |