IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail Y. Ford<br>  Debtor, <br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>  Movant.<br>v.<br><br>Gail Y. Ford<br>  Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-21863-GLT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Nationstar Mortgage LLC d/b/a Mr. Cooper, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated: February 17, 2022                            BY:/s/ Lily C. Calkins

Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-066773

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gail Y. Ford<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-21863-GLT |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>    Movant.<br>v. | CHAPTER 13 |
| Gail Y. Ford<br>    Debtor/Respondent, | |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

## CERTIFICATE OF SERVICE

I, Lily Calkins, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this    17th    day of February    , 2022:

Gail Y. Ford
14 Truman Circle
Mc Kees Rocks, PA 15136

Dennis J. Spyra, Esquire
1711 Lincoln Way
White Oak, PA 15131 - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219 - VIA ECF


I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com