**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/31/2022

IN RE:

GAIL Y. FORD
14 TRUMAN CIRCLE
MC KEES ROCKS, PA  15136
XXX-XX-5822            Debtor(s)

Case No. 20-21863 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

 NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

 This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

 This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

 The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/31/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Account Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TJX/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6300 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 0.00<br>COMMENT: CL29GOV*DKT4PMT-LMT*BGN 7/2020*FR FREEDOM-DOC 58 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6351 |
| **GREATER PITTSBURGH FCU**<br>WEBSTER HALL<br>4415 5TH AVE<br>PITTSBURGH, PA  15213-2654 | Trustee Claim Number: 3   INT %: 6.25%<br>Court Claim Number: 15<br>CLAIM: 25,377.05<br>COMMENT: CL15GOV@PIF*PMT/CONF*480/PL@LTCD | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1000 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR*2ND/SCH*$0 ARRS/PL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8749 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,024.17<br>COMMENT: MACYS AMERICAN EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3087 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: D BARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4282 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,131.83<br>COMMENT: HSBC BANK*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9139 |
| **CHARTWELL**<br>POB 360552<br>PITTSBURGH, PA  15251 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5844 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,290.84<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0734 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,611.83<br>COMMENT: OVERSTOCK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2858 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:18 CLAIM: 1,985.14 COMMENT: ULTIMATE REWARDS MC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2518 |
| **DE LA TORRE ORTHOTICS & PROSTH** 300 ALPHA DR PITTSBURGH, PA 15238 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3066 |
| **US DEPARTMENT OF EDUCATION - NELNET** PO BOX 82561 LINCOLN, NE 68501 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2625 |
| **DISCOVER STUDENT LOANS** PO BOX 6107 CAROL STREAM, IL 60197 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:1 CLAIM: 11,807.87 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0131 |
| **DOLLAR BANK FSB(*)** ATTN CONSUMER DEFAULT MANAGEMENT PO BOX 3969 PITTSBURGH, PA 15230 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9834 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:20 CLAIM: 1,469.72 COMMENT: THD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4829 |
| **JPMORGAN CHASE BANK** PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number:4 CLAIM: 4,130.78 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5795 |
| **JPMORGAN CHASE BANK** PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number:5 CLAIM: 3,344.53 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5586 |
| **CAPITAL ONE NA**** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number:6 CLAIM: 3,508.96 COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0209 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number:12 CLAIM: 10,616.84 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7490 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  8,689.30<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9025 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  9,421.06<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4530 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  631.89<br>COMMENT:  SYNCHRONY*AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9078 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  1,449.27<br>COMMENT:  SYNCHRONY*AT HOME | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7409 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~CARE CREDIT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6857 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  838.22<br>COMMENT:  SYNCHRONY*HSN*GEMB*GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5648 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:32-2<br><br>CLAIM:  497.11<br>COMMENT:  SYNCHRONY*JCP*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7422 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  1,555.88<br>COMMENT:  SYNCHRONY*JTV/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6980 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:31<br><br>CLAIM:  247.55<br>COMMENT:  SYNCHRONY*LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0647 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  4,946.13<br>COMMENT:  SYNCHRONY*PPC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5870 |

Page 6 of 8

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 1,806.92<br>COMMENT: SYNCHRONY*PPMC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9253 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 3,905.50<br>COMMENT: SYNCHRONY*QVC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5901 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 33-2<br>CLAIM: 632.61<br>COMMENT: SYNCHRONY*TJX*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6300 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 5,072.07<br>COMMENT: SYNCHRONY*WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6323 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4583 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4583 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9241 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 765.37<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5822 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 1,096.20<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5822 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3242 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR SADINO** C/O QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND, WA 98083-2489 | Trustee Claim Number:41 INT %: 0.00% Court Claim Number:17 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3033 | CLAIM: 648.85 COMMENT: FINGERHUT*FR QUANTUM3/BLUESTREAM-DOC 31 |
| **BERNSTEIN BURKLEY PC** 601 GRANT ST - 9TH FL PITTSBURGH, PA 15219 | Trustee Claim Number:42 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: DUQ LITE/PRAE |
| **MANLEY DEAS KOCHALSKI LLC** PO BOX 165028 COLUMBUS, OH 43216-5028 | Trustee Claim Number:43 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: PNC BANK/PRAE |
| **PHELAN HALLINAN DIAMOND & JONES LLP++** 1 PENN CENTER PLZ STE 1400 1617 JFK BLVD PHILADELPHIA, PA 19103 | Trustee Claim Number:44 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: FREEDOM MORT/PRAE |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** PO BOX 619094 DALLAS, TX 75261-9741 | Trustee Claim Number:45 INT %: 0.00% Court Claim Number:29 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 6351 | CLAIM: 1,274.35 COMMENT: 2500/PL*THRU 6/2020*FR FREEDOM-DOC 58 |
| **GRB LAW\*\*** C/O JEFFREY R HUNT ESQ - FOR PNG CO 525 WILLIAM PENN PLACE STE 3110 PITTSBURGH, PA 15219 | Trustee Claim Number:46 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: PEOPLES/PRAE |
| **UPMC PHYSICIAN SERVICES** C/O DCM SERVICES/BANKRUPTCY PO BOX 1123 MINNEAPOLIS, MN 55440 | Trustee Claim Number:47 INT %: 0.00% Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5822 | CLAIM: 0.00 COMMENT: CL 14@1096.20 W/D-DOC 24*ORDER@DOC 25 |
| **KENNEDY TWP -SEWAGE FEES** C/O JORDAN TAX SVC-DELQ CLLCTR 102 RAHWAY RD MCMURRAY, PA 15317 | Trustee Claim Number:48 INT %: 10.00% Court Claim Number:16 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: S118 | CLAIM: 103.31 COMMENT: 154S118*CL16GOV*NT/SCH-PL*WNTS 10%*THRU 6/17/2020*W/49 |
| **KENNEDY TWP -SEWAGE FEES** C/O JORDAN TAX SVC-DELQ CLLCTR 102 RAHWAY RD MCMURRAY, PA 15317 | Trustee Claim Number:49 INT %: 0.00% Court Claim Number:16 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: S118 | CLAIM: 1.55 COMMENT: 154S118*CL16GOV*NT/SCH-PL*NON INT*THRU 6/17/2020*W/48 |
| **DUQUESNE LIGHT COMPANY\*** ATTN. LITIGATION COUNSEL 411 SEVENTH AVE MAIL DROP 16-1 PITTSBURGH, PA 15219 | Trustee Claim Number:50 INT %: 0.00% Court Claim Number:24 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9125 | CLAIM: 492.19 COMMENT: NT/SCH |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ADDED CREDITOR  FOR CALCULATION** <br> OR NOT ENOUGH INFO/SCHED FOR <br> ENTITY NAME OR NOT ENOUGH INFO <br> PER CLM FOR ADDRESS OR PLACEHOLDER <br> RECORD | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PIF GREATER PGH FCU | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **DENISE R TURNER ESQ** <br> TURNER LAW OFFICE <br> PO BOX 14 <br><br> BETHEL PARK, PA  15102 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  GREATER PGH FCU/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **BROCK & SCOTT PLLC** <br> 302 FELLOWSHIP RD STE 130 <br><br> MT LAUREL, NJ  08054 | Trustee Claim Number:54  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |

Case 20-21863-GLT    Doc 66    Filed 05/31/22    Entered 05/31/22 13:03:00    Desc
Page 8 of 8