Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:    Bankruptcy Case No.: 20−21863−GLT
Chapter: 13

**Gail Y. Ford**

Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: May 15, 2025    Gregory L Taddonio
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21863-GLT |
| Gail Y. Ford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Y. Ford, 14 Truman Circle, Mc Kees Rocks, PA 15136-5307 |
| cr | + | Greater Pittsburgh FCU, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15255358 | | Chartwell Pennsylvania LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 15255362 | + | De La Torre Orthodics and Prosthetics, P.O. Box 644574, Pittsburgh, PA 15264-8574 |
| 15255367 | + | Greater Pittsburgh Federal Credit Union, c/o Greater Pittsburgh FCU, Webster Hall 4415 Fifth Ave, Pittsburgh, PA 15213-2664 |
| 15255373 | | PNC Bank, P.O. Box 3081, Pittsburgh, PA 15230 |
| 15255377 | + | SYNCB/At Home, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 16 2025 00:09:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 16 2025 00:09:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:27:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:12:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 16 2025 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:27:26 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:12:04 | Amex/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 15255356 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:48 | Cap 1/Dbarn, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15255357 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:52 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15264977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

Case 20-21863-GLT   Doc 119   Filed 05/17/25   Entered 05/18/25 00:27:44   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15267219 | Email/PDF: bncnotices@becket-lee.com | May 16 2025 00:52:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15255359 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:12:31 | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15278831 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:27:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15255360 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 00:10:00 | Comenity CB/Overstock, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15255361 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 00:10:00 | Comenity CB/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15274149 | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15255363 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 00:10:00 | Department of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15257150 | + Email/Text: DSLBKYPRO@discover.com | May 16 2025 00:10:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15255364 | + Email/Text: DSLBKYPRO@discover.com | May 16 2025 00:10:00 | Discover Student Loans, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 15255365 | + Email/Text: Bankruptcy@dollarbank.com | May 16 2025 00:10:00 | Dollar Bank, 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15279846 | + Email/Text: kburkley@bernsteinlaw.com | May 16 2025 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15280796 | + Email/Text: Bankruptcy@Freedommortgage.com | May 16 2025 00:09:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15255366 | + Email/Text: Bankruptcy@Freedommortgage.com | May 16 2025 00:09:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15255368 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:13:01 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15255369 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2025 00:27:54 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15266039 | + Email/Text: RASEBN@raslg.com | May 16 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15276454 | + Email/Text: ebnjts@grblaw.com | May 16 2025 00:09:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15255371 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:31 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15279095 | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:12:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15454750 | + Email/Text: nsm_bk_notices@mrcooper.com | May 16 2025 00:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15255372 | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15274056 | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15255374 | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15269066 | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Bank, National Association, P.O. Box 94982, |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Cleveland, OH 44101 |
| 15255375 | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:09:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15545516 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:12:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15280117 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:27:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315585 | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15278450 | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15278451 | Email/Text: bnc-quantum@quantum3group.com | May 16 2025 00:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15255376 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:27:12 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255378 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:12:49 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255379 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:27:54 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15255380 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:11:59 | SYNCB/JCP, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15255381 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:25:17 | SYNCB/JTV, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255382 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:12:00 | SYNCB/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15255383 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:27:08 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255384 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:12:23 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255385 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:12:48 | SYNCB/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255386 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:11:59 | SYNCB/TJX Cos, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255387 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:12:55 | SYNCB/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15255697 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 00:38:58 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255388 | ^ MEBN | May 16 2025 00:00:31 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15270980 | Email/Text: BNCnotices@dcmservices.com | May 16 2025 00:09:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15270969 | Email/Text: BNCnotices@dcmservices.com | May 16 2025 00:09:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15255394 | + Email/Text: bnc-bluestem@quantum3group.com | May 16 2025 00:10:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

Case 20-21863-GLT   Doc 119   Filed 05/17/25   Entered 05/18/25 00:27:44   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 65 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BAnk, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15255370 | *+ | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15279216 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255389 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255390 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255391 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255392 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255393 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise R. Turner | on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com |
| Dennis J. Spyra | on behalf of Debtor Gail Y. Ford dennis@spyralawoffice.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lily Christina Calkins | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: May 15, 2025 | Form ID: pdf900 | Total Noticed: 65 |

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BAnk N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 17