**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GAIL Y. FORD | Case No. 20-21863GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>DISCOVER STUDENT LOANS++ | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

MAIL HAS BEEN RETURNED AS UNDELIVERABLE.

| | |
|---|---|
| DISCOVER STUDENT LOANS++<br>PO BOX 6107<br>CAROL STREAM, IL 60197 | Court claim# 1/Trustee CID# 14 |

The Movant further certifies that on 06/23/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>GAIL Y. FORD, 14 TRUMAN CIRCLE, MC KEES ROCKS, PA  15136 | DEBTOR'S COUNSEL:<br>DENNIS J SPYRA ESQ, 1711 LINCOLN WAY, WHITE OAK, PA  15131 |
| :<br>DISCOVER STUDENT LOANS**, ATTN BKRPTCY NOTICING, PO BOX 30925, SALT LAKE CITY, UT  84130 | ORIGINAL CREDITOR:<br>DISCOVER STUDENT LOANS++, PO BOX 6107, CAROL STREAM, IL  60197 |
| NEW CREDITOR: | |