UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  GAIL Y. FORD

  Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
GAIL Y. FORD

  Respondents

Case No. 20-21863GLT

Chapter 13

Document No. 129

FILED
8/7/25 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __7th__ day of __August__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Community Provider Services
Attn: Payroll
600 Grant Street
Floor 56
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of GAIL Y. FORD, social security number XXX-XX-5822. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GAIL Y. FORD.

Dated: 8/7/25

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21863-GLT |
| Gail Y. Ford | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gail Y. Ford, 14 Truman Circle, Mc Kees Rocks, PA 15136-5307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BAnk  N.A. amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Denise R. Turner
    on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com

Dennis J. Spyra
    on behalf of Debtor Gail Y. Ford dennis@spyralawoffice.com

Jeffrey R. Hunt
    on behalf of Creditor Kennedy Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 17