Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gail Y. Ford** | : | Case No. 20−21863−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 134 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/22/25 at 11:00 AM |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

      **AND NOW,** this ***The 27th of August, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 134 by the Chapter 13 Trustee,

      It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)  ***On or before October 10, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***October 22, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21863-GLT |
| Gail Y. Ford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 27, 2025 | Form ID: 604 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Y. Ford, 14 Truman Circle, Mc Kees Rocks, PA 15136-5307 |
| cr | + | Greater Pittsburgh FCU, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15255358 | | Chartwell Pennsylvania LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 15255362 | + | De La Torre Orthodics and Prosthetics, P.O. Box 644574, Pittsburgh, PA 15264-8574 |
| 15255367 | + | Greater Pittsburgh Federal Credit Union, c/o Greater Pittsburgh FCU, Webster Hall 4415 Fifth Ave, Pittsburgh, PA 15213-2664 |
| 15255373 | | PNC Bank, P.O. Box 3081, Pittsburgh, PA 15230 |
| 15255377 | + | SYNCB/At Home, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 28 2025 00:42:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 00:42:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:56:46 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:56:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2025 00:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:42:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 00:46:01 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:45:39 | Amex/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 15255356 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:45:05 | Cap 1/Dbarn, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15255357 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:45:13 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15264977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:56:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15267219 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 00:45:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15255359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:45:13 | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15278831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:56:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15255360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2025 00:42:00 | Comenity CB/Overstock, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15255361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2025 00:42:00 | Comenity CB/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15274149 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15255363 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 28 2025 00:43:00 | Department of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15257150 | + | Email/Text: DSLBKYPRO@discover.com | Aug 28 2025 00:43:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15255364 | + | Email/Text: DSLBKYPRO@discover.com | Aug 28 2025 00:43:00 | Discover Student Loans, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 15255365 | + | Email/Text: Bankruptcy@dollarbank.com | Aug 28 2025 00:42:00 | Dollar Bank, 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15279846 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 28 2025 00:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15280796 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2025 00:42:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15255366 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2025 00:42:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15255368 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2025 00:45:41 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15255369 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 00:46:09 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15266039 | + | Email/Text: RASEBN@raslg.com | Aug 28 2025 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15276454 | + | Email/Text: ebnjts@grblaw.com | Aug 28 2025 00:42:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15255371 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:45:31 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15279095 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2025 00:45:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15454750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 00:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15255372 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15274056 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15255374 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15269066 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, National Association, P.O. Box 94982, |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 604 | Total Noticed: 65 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 15255375 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | Cleveland, OH 44101<br>PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15545516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 01:07:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15280117 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2025 00:46:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315585 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15278450 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:42:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15278451 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2025 00:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15255376 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:57 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:58 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:45:05 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15255380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:45:05 | SYNCB/JCP, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15255381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:45:05 | SYNCB/JTV, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:45:57 | SYNCB/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15255383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:39 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:45:44 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:56:46 | SYNCB/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2025 00:46:08 | SYNCB/TJX Cos, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2025 00:46:01 | SYNCB/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15255697 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2025 00:45:14 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255388 | ^ | MEBN | Aug 28 2025 00:28:45 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15270980 | | Email/Text: BNCnotices@dcmservices.com | Aug 28 2025 00:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15270969 | | Email/Text: BNCnotices@dcmservices.com | Aug 28 2025 00:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15255394 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2025 00:43:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

District/off: 0315-2 — User: auto — Page 4 of 5
Date Rcvd: Aug 27, 2025 — Form ID: 604 — Total Noticed: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BAnk, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15255370 | *+ | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15279216 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255389 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255390 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255391 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255392 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255393 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BAnk  N.A. amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise R. Turner | on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com |
| Dennis J. Spyra | on behalf of Debtor Gail Y. Ford dennis@spyralawoffice.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 27, 2025 | Form ID: 604 | Total Noticed: 65 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 17