**Fill in this information to identify the case:**

Debtor 1    _Gail Y Ford

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number   20-21863-GLT

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:**   PNC Bank, N.A.

**Court claim no**. (if known):
7

**Last 4 digits** of any number you use to identify the debtor's account:   8749   ___ ___ ___

**Property address:**   14 TRUMAN CIR

MC KEES ROCKS PA 15136

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date  $:
of this response is:

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09/01/2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a)  $

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $

c.  **Total**. Add lines a and b.    (c)  $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    MM / DD / YYYY

Debtor 1    Gail Y Ford                                    Case number *(if known)* 20-21863
          First Name      Middle Name       Last Name

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Whtney Springer                        Date   September 10, 2025
  Signature

Print    Whitney Springer                          Title   Bankruptcy Specialist
         First Name       Middle Name       Last Name

Company    PNC Bank, N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address
         Number              Street

         City                               State        ZIP Code

Contact phone          Email

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN OF PENNSYLVANIA
PITTSBURGH

| IN RE: Gail Y Ford | Case No.  20-21863 |
| | Judge      GREGORY L TADDONIO |
| | Chapter   13 |

CERTIFICATE OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, the undersigned, hereby certify that, on September 10, 2025, a true and correct copy of the Response to Notice of Final Cure Payment was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: DENNIS J. SPYRA
Trustee: RONDA J. WINNECOUR
Office of the United States Trustee

Further, I certify that, on September 10, 2025, a true and correct copy of the Response to Notice of Final Cure Payment was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Gail Y Ford            14 Truman Cir Mc Kees Rocks, PA - 15136

By: /s/ Whitney Springer
Whitney Springer
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814