| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gail Y. Ford<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−5822<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    20−21863−GLT | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gail Y. Ford

10/14/25

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21863-GLT |
| Gail Y. Ford | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 14, 2025 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Y. Ford, 14 Truman Circle, Mc Kees Rocks, PA 15136-5307 |
| cr | + | Greater Pittsburgh FCU, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15255358 | | Chartwell Pennsylvania LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 15255362 | + | De La Torre Orthodics and Prosthetics, P.O. Box 644574, Pittsburgh, PA 15264-8574 |
| 15255367 | + | Greater Pittsburgh Federal Credit Union, c/o Greater Pittsburgh FCU, Webster Hall 4415 Fifth Ave, Pittsburgh, PA 15213-2664 |
| 15255373 | | PNC Bank, P.O. Box 3081, Pittsburgh, PA 15230 |
| 15255377 | + | SYNCB/At Home, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 15 2025 07:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 15 2025 07:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 15 2025 03:46:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:46:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| cr | + | EDI: PRA.COM | Oct 15 2025 07:37:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Oct 15 2025 07:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 15 2025 03:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | EDI: Q3G.COM | Oct 15 2025 07:37:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: AISACG.COM | Oct 15 2025 07:37:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255355 | + | EDI: CITICORP | Oct 15 2025 07:37:00 | Amex/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 15255356 | + | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| 15255357 | EDI: CAPITALONE.COM | Oct 15 2025 07:37:00 | Cap 1/Dbarn, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15264977 | EDI: CAPITALONE.COM | Oct 15 2025 07:37:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15267219 | Email/PDF: bncnotices@becket-lee.com | Oct 15 2025 07:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| | | Oct 15 2025 03:59:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15255359 | + EDI: CITICORP | Oct 15 2025 07:37:00 | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15278831 | EDI: CITICORP | Oct 15 2025 07:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15255360 | + EDI: WFNNB.COM | Oct 15 2025 07:37:00 | Comenity CB/Overstock, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15255361 | + EDI: WFNNB.COM | Oct 15 2025 07:37:00 | Comenity CB/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15274149 | EDI: Q3G.COM | Oct 15 2025 07:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15255363 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 15 2025 03:47:00 | Department of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15257150 | + EDI: DISCOVERSL.COM | Oct 15 2025 07:37:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15255364 | + EDI: DISCOVERSL.COM | Oct 15 2025 07:37:00 | Discover Student Loans, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 15255365 | + Email/Text: Bankruptcy@dollarbank.com | Oct 15 2025 03:46:00 | Dollar Bank, 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15279846 | + Email/Text: kburkley@bernsteinlaw.com | Oct 15 2025 03:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15280796 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 15 2025 03:46:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15255366 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 15 2025 03:46:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15255368 | EDI: CITICORP | Oct 15 2025 07:37:00 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15255369 | + EDI: JPMORGANCHASE | Oct 15 2025 07:37:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15266039 | + Email/Text: RASEBN@raslg.com | Oct 15 2025 03:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15276454 | + Email/Text: ebnjts@grblaw.com | Oct 15 2025 03:46:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15255371 | + EDI: CAPITALONE.COM | Oct 15 2025 07:37:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15279095 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 03:59:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15454750 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15255372 | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 15274056 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15255374 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15269066 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15255375 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15545516 | EDI: PRA.COM | Oct 15 2025 03:45:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15280117 | EDI: PRA.COM | Oct 15 2025 07:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15315585 | EDI: Q3G.COM | Oct 15 2025 07:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15278450 | EDI: Q3G.COM | Oct 15 2025 07:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15278451 | EDI: Q3G.COM | Oct 15 2025 07:37:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15255376 | + EDI: SYNC | Oct 15 2025 07:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15255378 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255379 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255380 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15255381 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/JCP, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15255382 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/JTV, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255383 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15255384 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255385 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255386 | + EDI: SYNC | Oct 15 2025 07:31:00 | SYNCB/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255387 | + EDI: CAPITALONE.COM | Oct 15 2025 07:31:00 | SYNCB/TJX Cos, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255697 | + EDI: AIS.COM | Oct 15 2025 07:37:00 | SYNCB/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15255388 | ^ MEBN | Oct 15 2025 07:37:00 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15270980 | Email/Text: BNCnotices@dcmservices.com | Oct 15 2025 03:41:36 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15270969 | Email/Text: BNCnotices@dcmservices.com | Oct 15 2025 03:46:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
|  |  | Oct 15 2025 03:46:00 | UPMC Physician Services, PO Box 1123, |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 3180W | Total Noticed: 67 |

| 15255394 | + EDI: BLUESTEM | | Minneapolis, MN 55440-1123 |
|---|---|---|---|
| | | Oct 15 2025 07:37:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BAnk, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15255370 | *+ | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15279216 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255389 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255390 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255391 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255392 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255393 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BAnk  N.A. amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise R. Turner | on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 14, 2025 | Form ID: 3180W | Total Noticed: 67 |

Dennis J. Spyra
    on behalf of Debtor Gail Y. Ford dennis@spyralawoffice.com

Jeffrey R. Hunt
    on behalf of Creditor Kennedy Township jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 17