IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/14/25 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
　　GAIL Y. FORD

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:20-21863

Chapter 13

Related to Docket No. 134

ORDER OF COURT

AND NOW, this _____ 14th Day of October, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21863-GLT |
| Gail Y. Ford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Y. Ford, 14 Truman Circle, Mc Kees Rocks, PA 15136-5307 |
| cr | + | Greater Pittsburgh FCU, Webster Hall, 4415 Fifth Avenue, Pittsburgh, PA 15213, UNITED STATES 15213-2654 |
| 15255358 | | Chartwell Pennsylvania LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 15255362 | + | De La Torre Orthodics and Prosthetics, P.O. Box 644574, Pittsburgh, PA 15264-8574 |
| 15255367 | + | Greater Pittsburgh Federal Credit Union, c/o Greater Pittsburgh FCU, Webster Hall 4415 Fifth Ave, Pittsburgh, PA 15213-2664 |
| 15255373 | | PNC Bank, P.O. Box 3081, Pittsburgh, PA 15230 |
| 15255377 | + | SYNCB/At Home, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 15 2025 03:46:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:46:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:59:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:48:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 15 2025 03:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2025 03:47:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 15 2025 03:48:34 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 03:49:12 | Amex/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 15255356 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:48:59 | Cap 1/Dbarn, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15255357 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:48:21 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15264977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:59:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

Case 20-21863-GLT   Doc 147   Filed 10/16/25   Entered 10/17/25 00:44:00   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 15267219 | | Email/PDF: bncnotices@becket-lee.com | Oct 15 2025 03:48:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15255359 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 03:59:37 | Citi, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15278831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 03:49:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15255360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2025 03:46:00 | Comenity CB/Overstock, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15255361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2025 03:46:00 | Comenity CB/Ulta, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15274149 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2025 03:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15255363 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 15 2025 03:47:00 | Department of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15257150 | + | Email/Text: DSLBKYPRO@discover.com | Oct 15 2025 03:47:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15255364 | + | Email/Text: DSLBKYPRO@discover.com | Oct 15 2025 03:47:00 | Discover Student Loans, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 15255365 | + | Email/Text: Bankruptcy@dollarbank.com | Oct 15 2025 03:46:00 | Dollar Bank, 2700 Liberty Ave., Pittsburgh, PA 15222-4700 |
| 15279846 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2025 03:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15280796 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 15 2025 03:46:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15255366 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 15 2025 03:46:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 15255368 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 03:59:31 | Home Depot Credit, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 15255369 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 15 2025 03:59:38 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15266039 | + | Email/Text: RASEBN@raslg.com | Oct 15 2025 03:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15276454 | + | Email/Text: ebnjts@grblaw.com | Oct 15 2025 03:46:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15255371 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:59:37 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15279095 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 03:49:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15454750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15255372 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15274056 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15255374 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15269066 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Bank, National Association, P.O. Box 94982, |

Case 20-21863-GLT   Doc 147   Filed 10/16/25   Entered 10/17/25 00:44:00   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Cleveland, OH 44101 |
| 15255375 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 15 2025 03:45:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15545516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:59:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15280117 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:59:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315585 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2025 03:47:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15278450 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2025 03:47:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15278451 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2025 03:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15255376 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:37 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:26 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:38 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15255380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:36 | SYNCB/JCP, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15255381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:33 | SYNCB/JTV, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15255382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:31 | SYNCB/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15255383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:38 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:37 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:49:01 | SYNCB/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15255386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 15 2025 03:59:37 | SYNCB/TJX Cos, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15255387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:59:37 | SYNCB/Walmart, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15255697 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 15 2025 03:48:46 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255388 | ^ | MEBN | Oct 15 2025 03:41:36 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15270980 | | Email/Text: BNCnotices@dcmservices.com | Oct 15 2025 03:46:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15270969 | | Email/Text: BNCnotices@dcmservices.com | Oct 15 2025 03:46:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15255394 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 15 2025 03:47:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PNC BAnk, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15255370 | *+ | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15279216 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15255389 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255390 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255391 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255392 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15255393 | * | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025                   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BAnk  N.A. amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise R. Turner | on behalf of Creditor Greater Pittsburgh FCU drtesq913@gmail.com |
| Dennis J. Spyra | on behalf of Debtor Gail Y. Ford dennis@spyralawoffice.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  lilychristinacalkins@gmail.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 17